UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ASEM FAROOQ,**

   Plaintiff,

v.                                      No. 4:24-cv-0120-P

**MANHEIM AUTO AUCTION, ET AL.,**

   Defendants.

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge in this case. ECF No. 18. The Magistrate Judge recommended that Plaintiff's claims be dismissed as untimely. ECF No. 18 at 3. Plaintiff, appearing *pro se*, filed several documents that this Court will liberally construe as Objections to the FCR. ECF Nos. 19–26. Accordingly, the Court reviewed the FCR *de novo* as required by 28 U.S.C. § 636(b)(1). And the Court concludes that the findings and conclusions of the Magistrate Judge are correct.

Plaintiff's Objections include a copy of his Complaint and a form Motion for Continuance. ECF Nos. 19, 21–24. Because Plaintiff fails to state *what* he is seeking to continue, his request for a continuance is **DENIED.** Plaintiff goes on to request a hearing because he claims that evidence relevant to his case has been "suppressed for years." ECF No. 24 at 1. That request is also **DENIED.**

As for Plaintiff's substantive objections, he fails to address any legal basis on which the Court could reverse the FCR. The FCR recommended dismissal because Plaintiff failed to file suit within ninety days of his receipt of a right-to-sue letter as required by Title VII. ECF No. 18 at 2. And "[t]he ninety-day limitations period is strictly construed." *Crabtree v. Cyberonics*, 2006 WL 1581971, at *2 (S.D. Tex. June 7, 2006) (Werlein Jr., J.). Because any supposed legal arguments raised in Plaintiff's

Objection do not refute his failure to sue within the requisite limitations period, Plaintiff's Objections (ECF Nos. 19–26) are **OVERRULED.**

Accordingly, the Court **AFFIRMS** the conclusion in the Magistrate Judge's FCR, **ADOPTS** its reasoning, and **ORDERS** that this case be **DISMISSED with prejudice**.

**SO ORDERED** on this **13th day of March 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE